IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. JACOB SIMMONS, JR. | : | CIVIL ACTION |
| v. | : | |
| MS. JANET RUTH WALKER | : | NO. 13-4005 |

O R D E R

AND NOW, this 12th day of July, 2013, in accordance with the accompany memorandum, it is ORDERED that:

1. Plaintiff's motion for leave to proceed <u>in forma pauperis</u> is DENIED pursuant to 28 U.S.C. § 1915(g).

2. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

/s/ Harvey Bartle
HARVEY BARTLE III, J.